■ The People of the State of New York, Respondent, v Harold F. Packer, Appellant. [853 NYS2d 519]—

Present—Hurlbutt, J.P., Smith, Centra, Green and Gorski, JJ.